RELATED DDJ

FULL NAME: DANNA VONGAMATH
COMMITTED NAME (if different):
FULL ADDRESS INCLUDING NAME OF INSTITUTION: LARY D. SMITH FACILITY
1627 S HARGRAVE ST
BANNING CA 92220
PRISON NUMBER (if applicable): #202219176


FILED
CLERK, U.S. DISTRICT COURT
DEC 29 2022
CENTRAL DISTRICT OF CALIFORNIA
BY EEE  DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

DANNA VONGAMATH
PLAINTIFF,

v.

Riverside Treasury Department
DEFENDANT(S).

CASE NUMBER: 5:22 CV-02272-VBF(ADS)
To be supplied by the Clerk

**CIVIL RIGHTS COMPLAINT PURSUANT TO** (Check one)
☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☒ Yes ☐ No

2. If your answer to "1." is yes, how many? __2__

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

My complaint is on the Riverside Treasury Department & the Superior courts of Riverside, Embezzle, Embezzlement, Wrongful Deaths in Family, Men, Women and children Has been Kidnaped, Murderd and Raped. ANTI-TRUST case theme Profit over People & they dont see the consequences

a. Parties to this previous lawsuit:
Plaintiff Vongamath, Doungchan, changchith Family American Vision Jacks of All Trades inc.
Defendants Riverside Treasury Department & The Superior Court of Riverside
b. Court United States District Court central District of California
c. Docket or case number _____
d. Name of judge to whom case was assigned _____
e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____
f. Issues raised: _____

g. Approximate date of filing lawsuit: 12-23-22
h. Approximate date of disposition _____

B. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes ☐ No

   If your answer is no, explain why not _____

3. Is the grievance procedure completed? ☐ Yes ☒ No
   If your answer is no, explain why not No responce

4. Please attach copies of papers related to the grievance procedure.

C. **JURISDICTION**

This complaint alleges that the civil rights of plaintiff DANNA VONGAMATH
(print plaintiff's name)
who presently resides at 1627 S. HARGROVE ST,
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
Larry D. Smith facility Banning
(institution/city where violation occurred)

on (date or dates) __12-23-22__, _____ (Claim II), _____ (Claim III).
               (Claim I)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __Riverside Treasury Department__ resides or works at
   (full name of first defendant)
   __Lemon ST__
   (full address of first defendant)
   __TRUST-Treasury, Borrowers__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

   Explain how this defendant was acting under color of law:
   __State Agency Embezzlement,__
   __ANti-Trust & Human Righ Act__

2. Defendant __Superior Court of Riverside__ resides or works at
   (full name of first defendant)
   __4050 Main St Riverside CA 92501__
   (full address of first defendant)
   __Municipal, Judicial, Superior of Justice__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

   Explain how this defendant was acting under color of law:
   __Civil Rights Act, Under model rule of__
   __Profesional Conduct 6th Amendment__

3. Defendant __Prejudice Bias Right TO__ resides or works at
   (full name of first defendant)
   __Councel.__
   (full address of first defendant)

   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:

D. CLAIMS*

CLAIM I

The following civil right has been violated:

Entrapment Pre-meditated Embezzlement, Wrongful Deaths 6th amendment Right to councel Prejudice Bias Civil, municpal Judicial, Superior, Anti-Trust Act Violation, CANT Get a Fair trying In the superior court CAUSE of the Riverside Treasury Department Embezzlement, and Embezzlement In my criminal cAse, Great Bodily injury HArM, AND A Terrorist Attack Bomb In my CAR. Neglagence 6th Amendment violation on criminal Process IN courts.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

1. Riverside Treasury Department Embezzlement, Neglagence NO slave Act

2. The Riverside Superior courts Embezzlement, Inadequet Mental health HOLD. CANT Get A Fair trial, my 90 day right to a speedy, Public trial HAr been violated, 6th Amendmend criminal and civil Rights violation the california government claims Act PrisoN Rape Elimination Act Improper Mental Health Hold I caught COVID-19

3. Public Defenders office - Prejudice Bias 6th Amendment Right to councel civil Rights

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

Sections (1983) re-emburst compensation MONEY Damages & punitive Damages. municipilitys.

P.S Please sapeona All Incoming and outgoing mail and all video visit calls. All calls and visits are ON and In video Recording Docket ON Record For evidence.. Inproper Mental Health evaluation and Hold/

Forced Medication For the Benifit of Finances.

Magna CARta Article (39)

I need Justice and Assistants From the

Organize Crime strike force &

Anti-Terrorist National unit

thankyou

12-23-22
(Date)                    (Signature of Plaintiff)

12-25-22

# my Honorable Judge,

my name is Danna Vongamath and I am pleading for Justice, Because of the Riverside Treasury Department My Uncle Pane Vongamath, in Honalulu his family and children are dead and it also lead to My father Manny Koumane Vongamath From Minnasota, him and his family, and children are also dead. Me and my little brother are the Last Vongamath left in the title of the Riverside Treasury Department. including Doungchan and changchwith Family, I Dont know how to express my Anger and my burden, and I am also a victim of Neglagence, and I am fighting to stay alive, so I CAN live as long as I CAN with my own family and

children. I Been Entraped, Mental Hospitalized 3 times forced to take poisonous medication Emergency Hospitalized 8 times for more poisons, Diverticulitis and olanzapine, another 3 CAR Accidents and 1 CAR Bombing and NOW I'm in Jail for Nothing, Possesion charge I been incarcerated for more then 5 months the Riverside Superior courts are performing inadequet inproper Mental Health evaluation Hold, conect two and two together conect the Dots. They want MY Riverside TREASURY and (Finances) that they dont see the consequences, MY civil rights Are violated, Please take Into my consideration Money & Punitive Damages.

Sincerly,
DANNA VONGAMATH



N6927

Legal Mail