**FULL NAME:** DANNA VONGAMATH

**COMMITTED NAME (if different):** 1627 S. HARGRAVE ST

**FULL ADDRESS INCLUDING NAME OF INSTITUTION:** BANNING CA 92220
LARY D. SMITH Facility

**PRISON NUMBER (if applicable):** #2022/9176

Forma Pauperis Declaration Suport


FILED
CLERK, U.S. DISTRICT COURT
FEB -3 2023
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DANNA VONGAMATH

PLAINTIFF,

v.

Riverside Treasury Department

DEFENDANT(S).

**CASE NUMBER:** ED CV 22-02272-VBF-ADS
*To be supplied by the Clerk*
AMENDED

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*
☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☒ Yes  ☐ No

2. If your answer to "1." is yes, how many? __3__

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

   ED CV 22-02181-VBF-ADS
   ED CV 22-2179-VBF-ADS
   ED CV 22-02266-VBF-ADS

a. Parties to this previous lawsuit:
Plaintiff **VONGAMATH, Chanchith, Doungchan**

Defendants **Riverside Treasury Department**

b. Court **United States District Court Central District of California**

c. Docket or case number **ED CV 22-02272-VBF-ADS**

d. Name of judge to whom case was assigned **Valerie Baker Fairbank**

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____

f. Issues raised: _____

g. Approximate date of filing lawsuit: **1-17-23**

h. Approximate date of disposition **1-17-23**

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes  ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes  ☐ No

   If your answer is no, explain why not _____

3. Is the grievance procedure completed? ☐ Yes  ☒ No

   If your answer is no, explain why not **In Process**

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff **DANNA VONGAMATH**
(print plaintiff's name)

who presently resides at **1627 S. Hargrave St**,
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at **Lary D. Smith Facility, BANNING**
(institution/city where violation occurred)

on (date or dates) __2022__ , _____ , _____ .
                                 (Claim I)                  (Claim II)                  (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant **Riverside Treasury Department** resides or works at
   (full name of first defendant)
   **Lemon ST, Riverside CA.**
   (full address of first defendant)
   **Borrower, Trust, Treasury**
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual  ☒ official capacity.

   Explain how this defendant was acting under color of law:
   _____
   _____

2. Defendant _____ resides or works at
   (full name of first defendant)
   _____
   (full address of first defendant)
   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:
   _____
   _____

3. Defendant _____ resides or works at
   (full name of first defendant)
   _____
   (full address of first defendant)
   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:
   _____
   _____

4. Defendant _____ resides or works at
    (full name of first defendant)

_____
(full address of first defendant)

_____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual    ☐ official capacity.

Explain how this defendant was acting under color of law:

_____
_____

5. Defendant _____ resides or works at
    (full name of first defendant)

_____
(full address of first defendant)

_____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual    ☐ official capacity.

Explain how this defendant was acting under color of law:

_____
_____

D. CLAIMS*

CLAIM I

The following civil right has been violated:

civil liability Under title 42 chapter 21 subchapter 1 (1983) action, any Person's Who Under pretence of law, deprives another of any constitutional right shall be liable to the Party injured in an action At law suit in equity, or other Proper Proceeding for redress.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

Riverside Treasury Department

1. Embezzlement
2. Anti-Trust

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

CV-66 (7/97)                    CIVIL RIGHTS COMPLAINT                    Page 5 of 6

**E. REQUEST FOR RELIEF**

I believe that I am entitled to the following specific relief:

Re-emburst, compensate civil rights (1983) Money Damage's, Punitive Damages under the model rule of proffesional conduct, Prospective Relief, Nominal Damages.

1-27-23
*(Date)*

*(Signature of Plaintiff)*

1627 S. HARGRAVE ST
BANNING CA 92220
Moore 20223393

RECEIVED
CLERK, U.S. DISTRICT COURT
FEB - 6 2023
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION  BY DEPUTY

SAN BERNARDINO CA 923

: PRO SE clerk
255 E. Temple St (TS-134)
Los Angeles CA, 90012

RECEIVED
CLERK, U.S. DISTRICT COURT
FEB - 3 2023
CENTRAL DISTRICT OF CALIFORNIA
BY                DEPUTY



